■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
COLIN ROBERT TUCKER, Appellant. [741 NYS2d 697] —Judgment,
Supreme Court, Bronx County (Joseph Fisch, J., at plea; David
Stadtmauer, J., at sentence), rendered on or about August 13,
1999, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is
granted (see, Anders v California, 386 US 738; People v Saun-
ders, 52 AD2d 833). We have reviewed this record and agree
with appellant's assigned counsel that there are no nonfrivo-
lous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant
has the right to apply for leave to appeal to the Court of Ap-
peals by making application to the Chief Judge of that Court
and by submitting such application to the Clerk of that Court
or to a Justice of the Appellate Division of the Supreme Court
of this Department on reasonable notice to the respondent
within 30 days after service of a copy of this order, with notice
of entry.

Denial of the application for permission to appeal by the
judge or justice first applied to is final and no new application
may thereafter be made to any other judge or justice. Concur—
Buckley, J.P., Sullivan, Lerner and Friedman, JJ.